673 A.2d 328

**In re Nomination Petition of Dr. Maureen HENDRON.**

**Petition of Kevin M. PASQUAY.**

**Appeal of Dr. Maureen HENDRON.**

Supreme Court of Pennsylvania.

Submitted March 28, 1996.

Decided April 4, 1996.

Robert B. Surrick, Media, for Maureen Hendron.

Bradley K. Moss, Philadelphia, for Kevin M. Pasquay.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM.

Order of the Commonwealth Court is AFFIRMED.